IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. C-09-199 |
| GOOGLE INC., | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF LEAD LOCAL COUNSEL

Notice is hereby given that the undersigned attorney, Charles L. "Chip" Babcock, of Jackson Walker L.L.P., is entering an appearance as lead local counsel in this matter for Defendant Google Inc. for the purpose of receiving notices and orders from the Court.

                                                              Respectfully submitted,

                                                              s/ Charles L. Babcock
                                              CHARLES L. "CHIP" BABCOCK
                                              Texas State Bar No. 01479500
                                              Federal Bar No. 10982
                                              JACKSON WALKER L.L.P.
                                              1401 McKinney, Suite 1900
                                              Houston, TX   77010-4008
                                              (713) 752-4210
                                              (713) 308-4110 - Fax
                                              Email: cbabcock@jw.com

                                              CARL C. BUTZER
                                              Texas State Bar No. 03545900
                                              Federal Bar No. 16376
                                              JACKSON WALKER L.L.P.
                                              901 Main Street, Suite 6000
                                              Dallas, Texas  75202
                                              (214) 953-5902
                                              (214) 661-6609 - Fax
                                              Email: cbutzer@jw.com

                                              ATTORNEYS FOR DEFENDANT GOOGLE  INC.

OF COUNSEL:
Margret M. Caruso (*pro hac vice application to follow*)
California State Bar No. 243473
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 – Fax
Email: margretcaruso@quinnemanuel.com

ATTORNEY FOR DEFENDANT GOOGLE  INC.

Notice of Appearance of Lead Local Counsel – Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, September 9, 2009.

                                              _s/ Charles L. Babcock_
                                              Charles L. Babcock