IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC. § <br> and FLOWBEE HAIRCUTTER § <br> LIMITED PARTNERSHIP, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GOOGLE INC., § <br> § <br> Defendant. § | Civil Action No. C-09-199 |

### DEFENDANT GOOGLE INC.'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW Defendant Google Inc. and, pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure of Interested Parties dated August 13, 2009, hereby shows as follows:

Defendant Google Inc. certifies that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have an interest in the outcome of this lawsuit:

1. <u>Defendant Google Inc.</u>, 1600 Amphitheater Parkway, Mountain View, California 94043.

Google Inc. is publicly traded as "GOOG." Google Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of the stock of Google Inc.

Local counsel for Google Inc. are as follows:

Charles "Chip" L. Babcock (*Lead Local Counsel*)
Texas State Bar No. 01479500
Federal Bar No. 10982
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas  77010

Carl C. Butzer
Texas State Bar No. 03545900
Federal Bar No. 16376
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202

Of counsel for Google Inc. is as follows:

Margret M. Caruso (*pro hac vice application to follow; as well as motion for leave to be designated attorney-in-charge*)
California State Bar No. 243473
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

2. Plaintiffs Flowbee International, Inc., Flowbee Haircutter Limited Partnership, Rick Hunts and their attorneys of record as follows:

David T. Bright
Texas State Bar No. 02991490
Federal Bar No. 8628
Mikal C. Watts
Texas State Bar No. 20918120
Federal Bar No. 12419
Christopher V. Goodpastor
Texas State Bar No. 00791991
Federal Bar No. 18505
Watts Guerra Craft, LLP
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478

                        Respectfully submitted,

                        s/ Charles L. Babcock
                        CHARLES L. "CHIP" BABCOCK
                        Texas State Bar No. 01479500
                        Federal Bar No. 10982
                        JACKSON WALKER L.L.P.
                        1401 McKinney, Suite 1900
                        Houston, TX   77010-4008
                        (713) 752-4210
                        (713) 308-4110 - Fax
                        Email: cbabcock@jw.com

                        CARL C. BUTZER
                        Texas State Bar No. 03545900
                        Federal Bar No. 16376
                        JACKSON WALKER L.L.P.
                        901 Main Street, Suite 6000
                        Dallas, Texas  75202
                        (214) 953-5902
                        (214) 661-6609 - Fax
                        Email: cbutzer@jw.com

                        ATTORNEYS FOR DEFENDANT GOOGLE  INC.

OF COUNSEL:
Margret M. Caruso (*pro hac vice application to follow*)
California State Bar No. 243473
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 – Fax
Email: margretcaruso@quinnemanuel.com

ATTORNEY FOR DEFENDANT GOOGLE  INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, September 9, 2009.

                                             _s/ Charles L. Babcock_
                                             Charles L. Babcock