IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § § | Civil Action No. C-09-199 |
| v. | § § | |
| GOOGLE, INC., | § § § | |
| Defendant. | § § § § § | |

**PLAINTIFFS' AMENDED CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Now comes Plaintiffs, Flowbee International, Inc. and Flowbee Haircutter Limited Partnership, in the above-entitled and numbered cause and, pursuant to the Court's Order, files this amended certificate stating that Plaintiffs are unaware of any persons, firms, partnerships, corporations, affiliates, parent corporations or other entities, aside from the parties, potential parties and their counsel in this litigation as identified below, that are financially interested in the outcome of this litigation.

1. Flowbee International, Inc. and Flowbee Haircutter Limited Partnership, Rick Hunts, and their attorneys of record as follows:

    David T. Bright
    Attorney in Charge
    State Bar No. 02991490
    Federal Bar No. 8628
    Mikal C. Watts
    State Bar No. 20918120
    Federal Bar No. 12419
    Christopher V. Goodpastor

        State Bar No. 00791991
Federal Bar No. 18505
Watts Guerra Craft, L.L.P.
Tower Building
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478

2. <u>Google, Inc.</u>
1600 Amphitheatre Parkway
Mountain View, California 94043
(650) 253-0000

Local counsel for Google, Inc. are as follows:

Charles "Chip" L. Babcock (lead local counsel)
Texas State Bar No. 01479500
Federal Bar No. 10982
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, Texas 77010

Carl C. Butzer
Texas State Bar No. 03545900
Federal Bar No. 16376
Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

Of counsel for Google, Inc. is as follows:

Margret M. Caruso (*pro hac vice application to follow; as well as motion for leave to be designated attorney-in-charge*)
California State Bar No. 243473
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Defendant Google, Inc. is publicly traded as "GOOG." Google, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of the stock of Google, Inc.

Respectfully submitted,

David T. Bright
Mikal C. Watts
Christopher V. Goodpastor
Watts Guerra Craft, L.L.P.
Tower II Building
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478-0801
(361) 887-0500 Telephone
(361) 887-0055 Telecopier

By: _____
David T. Bright
Attorney at Law
State Bar No. 02991490
Federal Bar No. 8628
Mikal C. Watts
Attorney at Law
State Bar No. 20981820
Federal Bar No. 12419
Christopher V. Goodpastor
State Bar No. 00791991
Federal Bar No. 18505

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on September 10, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic" filing to individuals who have consented in writing to accept this notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, September 10, 2009.

Mr. Charles "Chip" L. Babcock
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, Texas 77010

Mr. Carl C. Butzer
Jackson Walker, LLP
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, Texas 75202

Margret M. Caruso
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

_____
David T. Bright