IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and<br>FLOWBEE HAIRCUTTER<br>LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. C-09-199 |

---

## PLAINTIFFS' INITIAL DISCLOSURES

COME NOW FLOWBEE INTERNATIONAL, INC. AND FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, and make these initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure:

          Respectfully submitted,

          **David T. Bright**
          **Mikal C. Watts**
          **Christopher V. Goodpastor**
          **Watts Guerra Craft, L.L.P.**
          **Tower II Building**
          **555 North Carancahua, Suite 1400**
          **Corpus Christi, Texas 78478-0801**
          **(361) 887-0500 Telephone**
          **(361) 887-0055 Telecopier**

By: _____
David T. Bright
Attorney at Law
State Bar No. 02991490
Federal Bar No. 8628
Mikal C. Watts
Attorney at Law
State Bar No. 20981820
Federal Bar No. 12419
Christopher V. Goodpastor
Attorney at Law
State Bar No. 00791991
Federal Bar No. 18505

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that a true copy of *Plaintiffs' Initial Disclosures* was served on each attorney of record or party in accordance with the *Federal Rules of Civil Procedure* on the 10th day of September, 2009, via first class mail postage prepaid:

Mr. Charles "Chip" L. Babcock
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, Texas 77010

Mr. Carl C. Butzer
Jackson Walker, LLP
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, Texas 75202

Margret M. Caruso
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

_____
David T. Bright

## INITIAL DISCLOSURES

(A) The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Response:**

Please see Exhibits "A" and "B", attached hereto.

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Response:**

Please see Exhibit "C", attached hereto.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response:**

Plaintiffs will supplement this response in accordance with the Federal Rules of Civil Procedure.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:** None.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § | Civil Action No. C-09-199 |
| v. | § § | |
| GOOGLE, INC., | § § | |
| Defendant. | § § § § | |

## PLAINTIFFS' EXHIBIT "A"

## PERSONS WITH RELEVANT KNOWLEDGE

Babcock, Charles "Chip"
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4210
Defendant's attorney

Beckman, Spring H.
Watts Guerra Craft, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500
Paralegal to David T. Bright, Plaintiffs' attorney

Bright, David T.
Watts Guerra Craft, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500
Plaintiffs' attorney

Flowbee, et al v. Google, Inc. - #233815
Exhibit "A" – September 10, 2009
Page 1

Butzer, Carl C.
Jackson Walker, LLP
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, Texas 75202
Defendant's attorney

Caruso, Margret M.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
Defendant's attorney

Flowbee Haircutter Limited Partnership
333 Anchor Street
Corpus Christi, Texas 78418
(361) 939-9908
Plaintiff

Flowbee International, Inc.
333 Anchor Street
Corpus Christi, Texas 78418
(361) 939-9908
Plaintiff

Goodpastor, Christopher
Watts Guerra Craft, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500
Plaintiffs' attorney

Google, Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043
(650) 253-0000
Defendant

Hunts, Rick
Flowbee International, Inc.
Flowbee Haircutter Limited Partnership
333 Anchor Street
Corpus Christi, Texas 78418
(361) 939-9908
Owner of Flowbee International, Inc. and Flowbee Haircutter Limited Partnership

Vaughan, Sansuray
Watts Guerra Craft, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500
Paralegal to David T. Bright, Plaintiffs' attorney

Watts, Mikal C.
Watts Guerra Craft, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500
Plaintiffs' attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § § | Civil Action No. C-09-199 |
| v. | § § § | |
| GOOGLE, INC., | § § § | |
| Defendant. | § § § § § | |

## PLAINTIFFS' EXHIBIT "B"

## RETAINED EXPERTS

None at this time. Will supplement in accordance with the Federal Rules of Civil Procedure.

Flowbee, et al v. Google, Inc. - #233815
Exhibit "B" – September 10, 2009
Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. C-09-199 |
| v. | § § | |
| GOOGLE, INC., | § § § | |
| Defendant. | § § § § | |

**PLAINTIFFS' EXHIBIT "C"**

**OTHER DOCUMENTS**

**Our Document Nos.**     **Description**

Plaintiffs are in the process of obtaining documents, and will supplement this in accordance with the Federal Rules of Civil Procedure.

Flowbee, et al v. Google, Inc. - #233815
Exhibit "C" – September 10, 2009
Page 1