United States Courts
Southern District of Texas
FILED

SEP 10 2009

Clerk of Court

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Corpus Christi | Case Number | C-09-199 |
|---|---|---|---|
| Flowbee International, et al. ||||
| *versus* ||||
| Google Inc. ||||

This lawyer, who is admitted to the State Bar of _____California_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Margaret M. Caruso<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>(650) 801-5000<br>California 243473<br>United States Supreme Court |
|---|---|

Seeks to appear as the attorney for this party:

| Google Inc. ||
|---|---|
| Dated: September 4, 2009 | Signed: *Margaret M. Caruso* |

| COURT USE ONLY: The state bar reports that the applicant's status is: *active* . ||
|---|---|
| Dated: 9-10-09 | Signed: *Marianne Serpa*<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                                                                           United States District Judge