IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. C-09-199 |
| GOOGLE INC., | § § § | |
| Defendant. | § § | |

## ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO DISMISS UNDER RULE 12(b)(3)

Before the Court is Defendant Google Inc.'s Motion to Dismiss under Rule 12(b)(3) of the Federal Rules of Civil Procedure. After considering the Motion, the Court is of the opinion that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs Flowbee International, Inc. and Flowbee Haircutter Limited Partnership's Complaint and all claims are hereby DISMISSED.

SIGNED on _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Defendant Google Inc.'s Motion to Dismiss Under Rule 12(b)(3) – Solo Page