IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, <br><br>     Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br>     Defendant. | § § § § § § § § § § § § § § § | Civil Action No. 2:09-CV-00199 |

## PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL CHRISTOPHER V. GOODPASTOR

Plaintiffs, Flowbee International, Inc. and Flowbee Haircutter Limited Partnership, files this their Notice of Appearance of Counsel Christopher V. Goodpastor in the above-entitled cause. The address and contact information for Christopher V. Goodpastor is as follows:

> WATTS GUERRA CRAFT, L.L.P.
> 811 Barton Springs Road, Suite 725
> Austin, Texas 78704
> (512) 479-0500 Telephone
> (512) 479-0502 Telecopier

The above request that counsel for defendants provide the firm with a service copy of all future court papers or communications related to this litigation.

Respectfully submitted,

David T. Bright
Mikal C. Watts
Christopher V. Goodpastor
Watts Guerra Craft, L.L.P.
Tower II Building
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478-0801
(361) 887-0500 Telephone
(361) 887-0055 Telecopier


By: _____
Christopher V. Goodpastor
State Bar No. 00791991
Federal Bar No. 18505
David T. Bright
Attorney at Law
State Bar No. 02991490
Federal Bar No. 8628
Mikal C. Watts
Attorney at Law
State Bar No. 20981820
Federal Bar No. 12419


**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I certify that on September 17, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic" filing to individuals who have consented in writing to accept this notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, September 17, 2009.

Mr. Charles "Chip" L. Babcock
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, Texas 77010

Mr. Carl C. Butzer
Jackson Walker, LLP
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, Texas 75202

Margret M. Caruso
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Christopher V. Goodpastor