IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. C-09-199 |
| GOOGLE INC., | § § § | |
| Defendant. | § | |

### DEFENDANT GOOGLE INC.'S
### LIST OF PERSONS WITH RELEVANT KNOWLEDGE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW Defendant Google Inc. ("Google") and pursuant to paragraph 7 of the Order Regarding Cases Assigned to Janis Graham Jack, U.S. District Judge, would show the Court as follows:

Google has identified those persons likely to have discoverable information that Google may use to support its claims or defenses who Google presently believes are most knowledgeable about the listed subjects, but Google reserves its right to supplement these disclosures as discovery progresses. Google employees or former employees, including those identified below, may be contacted only through Google counsel.

Defendant Google Inc.'s List of Persons with Relevant Knowledge – Page 1

| Name | Subjects |
|---|---|
| Heather Wilburn | Information concerning the operation of Google's search engine and AdWords program. |
| Rose Hagan | Information concerning Google's U.S. trademark policies relating to its AdWords program. |
| Alana Karen | Information concerning AdWords advertisers and advertisements and the implementation of the Google AdWords service. |
| Bill Lloyd | Information relating to the processing of complaints concerning use of trademarks in AdWords program advertising. |
| Tracy Lee-Blumberg | Information relating to Flowbee's advertising account. |
| Prashanth Koppula | Information concerning the operation of Google's AdSense for Domains program. |

The above individuals may be contacted only through counsel at Quinn Emanuel Urquhart Oliver & Hedges, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, 94065, (650) 801-5000.

In addition, current or former employees of Flowbee International and Flowbee Haircutter Limited Partnership are likely to have discoverable information that Google may use to support its claims or defenses.

These disclosures do not include any expert witnesses who will be identified pursuant to Rule 26.

Respectfully submitted,

s/ Charles L. Babcock
CHARLES L. "CHIP" BABCOCK
LEAD LOCAL COUNSEL
Texas State Bar No. 01479500
Federal Bar No. 10982
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, TX  77010-4008
(713) 752-4210
(713) 308-4110 - Fax
Email: cbabcock@jw.com

CARL C. BUTZER
CO-LOCAL COUNSEL
Texas State Bar No. 03545900
Federal Bar No. 16376
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANT GOOGLE  INC.

OF COUNSEL:
Margret M. Caruso (*admitted pro hac vice*)
California State Bar No. 243473
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 – Fax
Email: margretcaruso@quinnemanuel.com

ATTORNEY FOR DEFENDANT GOOGLE  INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, September 22, 2009.

s/ Charles L. Babcock
Charles L. Babcock
