UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC., *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. C-09-199 |
| GOOGLE, INC., | § § § | |
| Defendant. | § | |

## ORDER GRANTING LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE FOR GOOGLE, INC.

Before the Court is Defendant Google, Inc.'s Unopposed Motion for Leave of Margret M. Caruso to Appear as Attorney-in-Charge for Google, Inc. After considering the request, the Court is of the opinion that the motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Margret M. Caruso is hereby granted leave to appear as attorney-in-charge for Google, Inc.

SIGNED and ORDERED this 23rd day of September, 2009.

_____
Janis Graham Jack
United States District Judge