IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:09-cv-199 |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE, INC., | § § | |
| Defendant. | § § | |

**ORDER DENYING DEFENDANT GOOGLE, INC.'S
MOTION TO DISMISS UNDER RULE 12(b)(3) AND MOTION
TO TRANSFER ACTION TO NORTHERN DISTRICT OF CALIFORNIA**

Before the Court is Defendant Google, Inc.'s Motion to Dismiss Under Rule 12(b)(3), or alternatively, Motion to Transfer this Action to the Northern District of California ("Motions"). After considering the Motions and the responses thereto, the Court is of the opinion that the Motions should be DENIED.

IT IS THEREFORE ORDERED that Defendant Google, Inc.'s Motion to Dismiss Under Rule 12(b)(3) is DENIED;

IT IS FURTHER ORDERED that Defendant Google, Inc.'s Motion to Transfer this Action to the Northern District of California is DENIED.

SIGNED on _____, 2009

_____
Hon. Janis Graham Jack
United States District Judge