IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, §§§§§<br><br>Plaintiffs, §<br>§<br>v. §<br>§<br>GOOGLE, INC., §<br>§<br>Defendant. §§§§§ | Civil Action No. 2:09-CV-00199 |

## NOTICE OF CHANGE OF ADDRESS
## OF DAVID T. BRIGHT, ATTORNEY FOR PLAINTIFFS

Notice is hereby given of change of address for David T. Bright, attorney for Plaintiffs, effective October 19, 2009.  The new address is as follows:

> David T. Bright
> Watts Guerra Craft, LLP
> 500 North Water Street, Suite 1200
> Corpus Christi, Texas 78471

> Respectfully submitted,
>
> **WATTS GUERRA CRAFT, LLP**
>
>
> /s/   *David T. Bright*
>
> **DAVID T. BRIGHT**
> **Attorney at Law**
> **State Bar No. 02991490**
> **Federal Bar No. 8628**
> **500 North Water Street, Suite 1200**
> **Corpus Christi, Texas 78471**
> **(361) 887-0500 Telephone**
> **(361) 887-0055 Telecopier**
>
> **ATTORNEY-IN-CHARGE**
> **FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 8th day of October 2009, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the CM/ECF system of the court, which will send notification of such filing to the to individuals who have consented in writing to accept notification as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, October 8, 2009.

               /s/ *David T. Bright*
               David T. Bright