IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, Plaintiffs, v. GOOGLE INC., Defendant. | § § § § § § § § § § § § | Civil Action No. C-09-199 |

### AMENDED CERTIFICATE OF CONFERENCE FOR DEFENDANT GOOGLE INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF TO ITS PENDING MOTION TO DISMISS

I hereby certify that on October 8, 2009, counsel for Movant Google Inc. conferred with counsel for Respondents Flowbee International, Inc. and Flowbee Haircutter Limited Partnership, who stated that Respondents Flowbee International, Inc. and Flowbee Haircutter Limited Partnership do not oppose the Motion.

Respectfully submitted,

s/ Margret M. Caruso
MARGRET M. CARUSO (*admitted pro hac vice*)
ATTORNEY-IN-CHARGE
California State Bar No. 243473
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 – Fax
Email: margretcaruso@quinnemanuel.com

        CHARLES L. "CHIP" BABCOCK  
        LEAD LOCAL COUNSEL  
        Texas State Bar No. 01479500  
        Federal Bar No. 10982  
        JACKSON WALKER L.L.P.  
        1401 McKinney, Suite 1900  
        Houston, TX   77010-4008  
        (713) 752-4210  
        (713) 308-4110 - Fax  
        Email: cbabcock@jw.com

        CARL C. BUTZER  
        CO-LOCAL COUNSEL  
        Texas State Bar No. 03545900  
        <u>Federal Bar No. 16376</u>  
        <u>JACKSON WALKER L.L.P.</u>  
        901 Main Street, Suite 6000  
        Dallas, Texas  75202  
        (214) 953-5902  
        (214) 661-6609 - Fax  
        Email: cbutzer@jw.com

        ATTORNEYS FOR DEFENDANT GOOGLE  INC.

Amended Certificate of Conference for Defendant Google Inc.'s  
Motion for Leave to File a Reply Brief Relating to Its  
<u>Pending Motion to Dismiss</u>– Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, October 8, 2009.

        _s/   Margret   M.   Caruso_
        Margret M. Caruso

Amended Certificate of Conference for Defendant Google Inc.'s
Motion for Leave to File a Reply Brief Relating to Its
Pending Motion to Dismiss– Page 3