IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | § § § § § § § § § § § § CIVIL ACTION NO. 2:09-cv-199 <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING LEAVE TO FILE PLAINTIFFS'
SUR-REPLY IN SUPPORT OF RESPONSE TO
DEFENDANT GOOGLE, INC.'S
MOTION TO DISMISS UNDER RULE 12(b)(3)**

Before the Court is Plaintiffs' Motion for Leave to File Sur-Reply in Support of Response to Defendant Google, Inc.'s Motion to Dismiss Under Rule 12(b)(3). After considering the Motion, the Court is of the opinion that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Sur-Reply in Support of Response to Defendant Google, Inc.'s Motion to Dismiss Under Rule 12(b)(3) is deemed filed as of the date of this Order.

SIGNED on _____, 2009.

_____
Hon. Janis Graham Jack
United States District Judge