UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Flowbee International, Inc., et al.

                          Plaintiff,

v.                                      Case No.: 2:09–cv–00199
                                              Judge Janis Graham Jack

Google, Inc.

                          Defendant.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Janis Graham Jack

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 1/11/10

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #11
Motion for Hearing – #29

Date:   December 17, 2009

                                                                                 Clerk of Court