MEDIATION, Transferred_Out_District

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:09–cv–00199

| | |
|---|---|
| Flowbee International, Inc. et al v. Google, Inc. DO NOT DOCKET – CASE HAS BEEN ELECTRONICALLY TRANSFERRED OUT<br>Assigned to: Judge Janis Graham Jack<br>Cause: 15:1125 Trademark Infringement (Lanham Act) | Date Filed: 08/13/2009<br>Jury Demand: Plaintiff<br>Nature of Suit: 840 Trademark<br>Jurisdiction: Federal Question |

**Plaintiff**

**Flowbee International, Inc.**                  represented by  **David Tarrant Bright**
Watts Guerra Craft LLP
500 North Water Street
Ste 1200
Corpus Christi, TX 78471
361–887–0500
Fax: 361–887–0055
Email: dbright@wgclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Goodpastor**
Watts Guerra et al
811 Barton Springs Road
Ste 725
Austin, TX 78704
512–479–0500
Fax: 512–473–0328
Email: cgoodpastor@wgclawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Flowbee Haircutter Limited Partnership**      represented by  **David Tarrant Bright**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Goodpastor**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google, Inc.**                  represented by  **Margaret Caruso**
Quinn Emanuel et al
555 Twin Dolphin Dr
Ste 560
Redwood Shores, CA 94065
650–801–5000

Dockets.Justia.com

Fax: 650–801–5100
Email: margretcaruso@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl C Butzer**
Jackson Walker LLP
901 Main St
Ste 6000
Dallas, TX 75202
214–953–5902
Fax: 214–661–6609
Email: cbutzer@jw.com
*ATTORNEY TO BE NOTICED*

**Charles L Babcock , IV**
Jackson Walker LLP
1401 McKinney
Ste 1900
Houston, TX 77010
713–752–4210
Fax: 713–308–4110
Email: cbabcock@jw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2009 | Ï 1 | COMPLAINT against Google, Inc. (Filing fee $ 350 receipt number 05410000000005368054) filed by Flowbee International, Inc., Flowbee Haircutter Limited Partnership. (Attachments: #_1 Complaint Part 2 of 2, #_2 Civil Cover Sheet, #_3 Summons)(Bright, David) (Entered: 08/13/2009) |
| 08/13/2009 | Ï | Summons Issued as to Google, Inc., filed.(dterrell, ) (Entered: 08/13/2009) |
| 08/13/2009 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/23/2009 at 01:15 PM before Judge Janis Graham Jack. (Attachments: #_1 Standing Order) Parties notified.(dterrell, ) (Entered: 08/13/2009) |
| 08/28/2009 | Ï 3 | First CERTIFICATE OF INTERESTED PARTIES by Flowbee International, Inc., Flowbee Haircutter Limited Partnership, filed.(Bright, David) (Entered: 08/28/2009) |
| 09/02/2009 | Ï 4 | RETURN of Service of SUMMONS Executed as to Google, Inc. served on 8/25/2009, answer due 9/14/2009, filed.(Bright, David) (Entered: 09/02/2009) |
| 09/09/2009 | Ï 5 | NOTICE of Appearance by Charles L. "Chip" Babcock on behalf of Google, Inc., filed. (Babcock, Charles) (Entered: 09/09/2009) |
| 09/09/2009 | Ï 6 | CERTIFICATE OF INTERESTED PARTIES by Google, Inc., filed.(Babcock, Charles) (Entered: 09/09/2009) |
| 09/10/2009 | Ï 7 | Amended CERTIFICATE OF INTERESTED PARTIES by Flowbee International, Inc., Flowbee Haircutter Limited Partnership, filed.(Bright, David) (Entered: 09/10/2009) |

| 09/10/2009 | Ï 8 | INITIAL DISCLOSURES by Flowbee International, Inc., Flowbee Haircutter Limited Partnership, filed.(Bright, David) (Entered: 09/10/2009) |
|---|---|---|
| 09/10/2009 | Ï 9 | MOTION for Margaret M. Caruso to Appear Pro Hac Vice by Google, Inc., filed. Motion Docket Date 10/5/2009. (mserpa, ) (Entered: 09/11/2009) |
| 09/11/2009 | Ï 10 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Flowbee International, Inc., Flowbee Haircutter Limited Partnership, filed.(Bright, David) (Entered: 09/11/2009) |
| 09/14/2009 | Ï 11 | MOTION to Dismiss 1 Complaint, by Google, Inc., filed. Motion Docket Date 10/7/2009. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Part 1), # 3 Exhibit 2 (Part 2), # 4 Proposed Order)(Babcock, Charles) (Entered: 09/14/2009) |
| 09/14/2009 | Ï 12 | ORDER granting 9 Motion to Appear Pro Hac Vice.(Signed by Judge Janis Graham Jack) Parties notified.(lrivera, ) (Entered: 09/15/2009) |
| 09/17/2009 | Ï 13 | NOTICE of Appearance by Christopher Goodpastor on behalf of Flowbee International, Inc., Flowbee Haircutter Limited Partnership, filed. (Bright, David) (Entered: 09/17/2009) |
| 09/22/2009 | Ï 14 | Unopposed MOTION for Margret M. Caruso to Appear as Attorney–In–Charge by Google, Inc., filed. Motion Docket Date 10/13/2009. (Attachments: # 1 Proposed Order)(Babcock, Charles) (Entered: 09/22/2009) |
| 09/22/2009 | Ï 15 | INITIAL DISCLOSURES by Google, Inc., filed.(Babcock, Charles) (Entered: 09/22/2009) |
| 09/23/2009 | Ï 16 | TRIAL BRIEF *Plfs Initial Brief of Law* by Flowbee International, Inc., Flowbee Haircutter Limited Partnership, filed.(Bright, David) (Entered: 09/23/2009) |
| 09/23/2009 | Ï 17 | ORDER granting 14 Motion for Leave to Appear.(Signed by Judge Janis Graham Jack) Parties notified.(lcayce, ) (Entered: 09/23/2009) |
| 09/23/2009 | Ï | Minute Entry for proceedings held before Judge Janis Graham Jack. Initial PRETRIAL CONFERENCE held on 9/23/2009. Discussion regarding issues of the case. Court signs scheduling order and general order. Court refers parties to mediation. Appearances:Carl Butzer, David Tarrant Bright, Margaret Caruso.(Digital # 1:08–1:44)(ERO:v gano), filed.(sscotch, ) (Entered: 09/23/2009) |
| 09/23/2009 | Ï 18 | GENERAL ORDER.(Signed by Judge Janis Graham Jack) Parties notified.(lrivera, ) (Entered: 09/24/2009) |
| 09/23/2009 | Ï 19 | Order for Referral to Mediation..(Signed by Judge Janis Graham Jack) Parties notified.(lrivera, ) (Entered: 09/24/2009) |
| 09/23/2009 | Ï 20 | SCHEDULING ORDER. Amended Pleadings due by 3/15/2009 Joinder of Parties due by 12/15/2009 Discovery due by 6/30/2010 Dispositive Motion Filing due by 6/15/2010 Joint Pretrial Order due by 8/20/2010 Pretrial Conference set for 9/1/2010 at 08:30 AM before Judge Janis Graham Jack Jury Selection set for 9/2/2010 at 08:00AM before Judge Janis Graham Jack Jury Trial set for 9/2/2010 at 08:00 AM before Judge Janis Graham Jack.(Signed by Judge Janis Graham Jack) Parties notified.(lrivera, ) (Entered: 09/24/2009) |
| 09/24/2009 | Ï 22 | AO 435 TRANSCRIPT ORDER FORM by Carl Butzer. This is to order a transcript of held on 09/23/09 before Judge Janis Graham Jack Court Reporter/Transcriber: Molly Carter, filed. (lcayce, ) (Entered: 09/25/2009) |

| | | |
|---|---|---|
| 09/25/2009 | Ï 21 | TRANSCRIPT re: Initial Pretrial Conference held on 09/23/09 before Judge Janis Graham Jack. Court Reporter/Transcriber Molly Carter. Release of Transcript Restriction set for 12/24/2009., filed. (mocarter) (Entered: 09/25/2009) |
| 09/25/2009 | Ï 23 | Notice of Filing of Official Transcript as to 21 Transcript. Party notified, filed. (vgano, ) (Entered: 09/29/2009) |
| 10/02/2009 | Ï 24 | RESPONSE to 11 MOTION to Dismiss 1 Complaint,, filed by Flowbee International, Inc., Flowbee Haircutter Limited Partnership. (Attachments: # 1 Appendix 1, # 2 Attachment 2, # 3 Proposed Order)(Bright, David) (Entered: 10/02/2009) |
| 10/06/2009 | Ï 25 | Amended INITIAL DISCLOSURES by Google, Inc., filed.(Caruso, Margaret) (Entered: 10/06/2009) |
| 10/06/2009 | Ï 26 | MOTION for Leave to File Reply Brief to Its Pending Motion to Dismiss by Google, Inc., filed. Motion Docket Date 10/26/2009. (Attachments: # 1 Exhibit A − Reply Memorandum of Law, # 2 Caruso Declaration, # 3 Hagan Declaration, # 4 Proposed Order)(Caruso, Margaret) (Entered: 10/06/2009) |
| 10/08/2009 | Ï 27 | NOTICE of Change of Address by David Bright, Watts Guerra Craft, LLP, counsel for Flowbee International, Inc., Flowbee Haircutter Limited Partnership, filed. (Bright, David) (Entered: 10/08/2009) |
| 10/08/2009 | Ï 28 | CERTIFICATE of Conference re: 26 MOTION for Leave to File Reply Brief to Its Pending Motion to Dismiss by Google, Inc., filed.(Caruso, Margaret) (Entered: 10/08/2009) |
| 10/08/2009 | Ï 29 | Unopposed MOTION for Oral Argument Relating to Its Pending Motion to Dismiss Hearing re: 26 MOTION for Leave to File Reply Brief to Its Pending Motion to Dismiss by Google, Inc., filed. Motion Docket Date 10/28/2009. (Attachments: # 1 Proposed Order)(Caruso, Margaret) (Entered: 10/08/2009) |
| 10/16/2009 | Ï 30 | Unopposed MOTION for Leave to File Sur−Reply in Support of Response to Motion to Dismiss by Flowbee International, Inc., Flowbee Haircutter Limited Partnership, filed. Motion Docket Date 11/5/2009. (Attachments: # 1 Exhibit A)(Bright, David) (Entered: 10/16/2009) |
| 10/19/2009 | Ï 31 | PROPOSED ORDER re: 30 Unopposed MOTION for Leave to File Sur−Reply in Support of Response to Motion to Dismiss, filed.(Bright, David) (Entered: 10/19/2009) |
| 10/19/2009 | Ï 32 | ORDER granting 30 Motion for Leave to File Plaintiffs' Sur−Reply in Support of Response to Defendant Google, Inc.'s Motion to Dismiss Under Rule 12(b)(3).(Signed by Judge Janis Graham Jack) Parties notified.(srussell, ) (Entered: 10/20/2009) |
| 10/19/2009 | Ï 33 | PLAINTIFFS' SUR−REPLY in Support of 24 Response to Defendant Google, Inc.'s Motion to Dismiss Under Rule 12(b)(3), filed by Flowbee International, Inc., Flowbee Haircutter Limited Partnership. (srussell, ) (Entered: 10/20/2009) |
| 10/22/2009 | Ï 34 | ORDER granting 26 Motion for Leave to File Defendant Google Inc.'s Reply Brief in Support of Its Motion to Dismiss.(Signed by Judge Janis Graham Jack) Parties notified.(srussell, ) (Entered: 10/23/2009) |
| 10/22/2009 | Ï 35 | Reply Memorandum of Law in Further Support re: 11 MOTION to Dismiss 1 Complaint, by Google, Inc., filed. (Attachments: # 1 Caruso Declaration, # 2 |

| | | |
|---|---|---|
| | | Hagan Declaration)(srussell, ) (Entered: 10/23/2009) |
| 11/05/2009 | Ï 36 | Mail Returned Undeliverable as to attorney Margaret Caruso re: 32 Order on Motion for Leave to File, filed. (Bar website reflects the same address) (dperez, ) (Entered: 11/06/2009) |
| 12/17/2009 | Ï 37 | NOTICE of Setting as to 11 MOTION to Dismiss 1 Complaint,, 29 Unopposed MOTION for Oral Argument Relating to Its Pending Motion to Dismiss Hearing re: 26 MOTION for Leave to File Reply Brief to Its Pending Motion to DismissUnopposed MOTION for Oral Argument Relating to Its Pending Motion to Dismiss Hearing re: 26 MOTION for Leave to File Reply Brief to Its Pending Motion to Dismiss. Parties notified. Motion Hearing set for 1/11/2010 at 10:00 AM before Judge Janis Graham Jack, filed. (sscotch, ) (Entered: 12/17/2009) |
| 01/11/2010 | Ï | Minute Entry for proceedings held before Judge Janis Graham Jack. MOTION HEARING held on 1/11/2010 ; Motion−related deadline set re: 11 MOTION to Dismiss 1 Complaint,, 29 Unopposed MOTION for Oral Argument Relating to Its Pending Motion to Dismiss Hearing re: 26 MOTION for Leave to File Reply Brief to Its Pending Motion to DismissUnopposed MOTION for Oral Argument Relating to Its Pending Motion to Dismiss Hearing re: 26 MOTION for Leave to File Reply Brief to Its Pending Motion to Dismiss. Appearances: Christopher V Goodpastor, David Tarrant Bright, Margaret Caruso, Carl C Butzer.(Digital # 10:05−11:04)(ERO:v gao), filed.(sscotch, ) (Entered: 01/11/2010) |
| 02/08/2010 | Ï 38 | ORDER Denying 11 Motion to Dismiss this case for improper venue; Granting alternative motion to transfer case to Northern District of California, San Jose Division.(Signed by Judge Janis Graham Jack) Parties notified.(srussell, ) (Entered: 02/08/2010) |
| 02/08/2010 | Ï | Interdistrict electronic transfer to Northern District of California, San Jose Division, filed. (srussell, ) (Entered: 02/08/2010) |