**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
———————————
www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                        510.637.3530

February 17, 2010


CASE TITLE:    FLOWBEE INTERNATIONAL INC-v-GOOGLE INC.
RECEIVED FROM:  Southern Texas; Case number: 2:09-cv-00199

CASE NUMBER:    CV 10-00668 LB


TO COUNSEL OF RECORD:

        The above entitled action has been transferred to this District.  All future filings should

reflect the above case number.



                                                Sincerely,

                                                RICHARD W. WIEKING, Clerk


                                                *Cynthia J. Lenahan*

                                                by:  Cynthia Lenahan
                                                Case Systems Administrator


o:\mrg\civil\transin.mrg