1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Margret M. Caruso (Bar No. 243473)
2    margretcaruso@quinnemanuel.com
     Cheryl A. Galvin (Bar No. 252262)
3    cherylgalvin@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100

6  Attorneys for Google Inc.

7

8                           UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | FLOWBEE INTERNATIONAL, INC. and        | CIVIL ACTION: CASE NO. 4:10-cv-00668-LB
   | FLOWBEE HAIRCUTTER LIMITED             |
12 | PARTNERSHIP,                           | **NOTICE OF ERRATA TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM AGAINST FLOWBEE INTERNATIONAL, INC. AND FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP FOR BREACH OF CONTRACT**
13 |         Plaintiffs and Counter-          |
   |         Defendants,                      |
14 |                                          |
   |     vs.                                  |
15 |                                          |
   | GOOGLE, INC.,                            |
16 |                                          |
   |         Defendant and                    |
17 |         Counterclaimant.                 |

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:10-cv-00668-LB
DEFENDANT/COUNTERCLAIMANT GOOGLE'S NOTICE OF ERRATA TO ITS ANSWER

Dockets.Justia.com

1  Defendant/Counterclaimant Google Inc. submits this Notice Of Errata To Its Answer To
2  Plaintiffs' Complaint And Affirmative Defenses And Counterclaim Against Flowbee
3  International, Inc. And Flowbee Haircutter Limited Partnership For Breach Of Contract to correct
4  typographical errors on the caption and pages 2, 5, 6, 12, 13, 14, 15, 17, 19, 23, 24, and 25.
5  The corrected pages are attached as Exhibit A.

7  DATED: February 22, 2010          QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

10                                   By_____/s/_____
                                        Margret M. Caruso
11                                      Attorney for Google Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>David T. Bright
>Mikal C. Watts
>Christopher V. Goodpastor
>Watts Guerra Craft, L.L.P.
>Tower II Building
>555 North Carancahua, Suite 1400
>Corpus Christi, Texas 78478-0801
>(361) 887-0500
>(361) 887-0055 (facsimile)
>*Counsel for Plaintiffs Flowbee International, Inc. and Flowbee Haircutter Limited Partnership.*

By            /s/
   Margret M. Caruso
   Attorney for Google Inc.