<div style="writing-mode: vertical-rl">**UNITED STATES DISTRICT COURT**
**For the Northern District of California**</div>

1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                     Northern District of California
10                                              Oakland Division
11
12   FLOWBEE INTERNATIONAL INC
13                     Plaintiff(s),                    No. C 10-00668 LB
         v.
14                                                      **ORDER DIRECTING PARTIES TO**
     GOOGLE INC.                                        **FILE CONSENT/DECLINATION**
15                                                      **FORM**
                       Defendant(s).
16   _____/
17
18        On February 8, 2010, Judge Janis Graham Jack in the Southern District of Texas transferred
19   this case to the Northern District of California. Upon review of the record in this action, the Court
20   notes that the parties have not filed written consents to Magistrate Judge Beeler's jurisdiction. This
21   civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In
22   accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to
23   conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the
24   consent of the parties. An appeal from a judgment entered by Magistrate Judge Beeler may be taken
25   directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal
26   from any other judgment of a district court.
27        You have the right to have your case assigned to a United States District Judge for trial and
28   disposition. Accordingly, the parties shall inform the court whether they consent to Magistrate

Judge Beeler's jurisdiction or request reassignment to a United States District Judge for trial. The parties shall inform the Court of their decision by March 9, 2010.

**IT IS SO ORDERED.**

Dated: February 23, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FLOWBEE INTERNATIONAL INC, | No. C 10-00668 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| GOOGLE INC., | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____      _____
                                    Signature

                                    Counsel for _____
                                    (Plaintiff, Defendant or indicate "pro se")

3

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FLOWBEE INTERNATIONAL INC, | No. C 10-00668 LB |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| GOOGLE INC., | |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

4